UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARIEL ALONSO MARTINEZ,

Plaintiff,

v. Case No. 2:26-cv-02472-KCD-NPM

WARDEN, GLADES COUNTY DETENTION CENTER, U.S. ATTORNEY GENERAL,

Defendants,
_______________________________/

# ORDER

Petitioner Ariel Alonso Martinez has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement ("ICE"). (Doc. 1.) His petition is **DENIED AS MOOT** because his release has been ordered in a companion case, *Martinez v. Warden, Florida Soft Side South Detention Center et al.*, 2:26-cv-02013-KCD-KRH (M.D. Fla.).

**ORDERED** in Fort Myers, Florida on November 12, 2026.

Kyle C. Dudek
United States District Judge